AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF _____ Massachusetts

June E. Patenaude, individually and behalf of all others similarlly situated,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Biopure Corp., Thomas A. Moore, Carl W. Rausch and Ronald F. Richards,
    Defendants.

TO: (Name and address of defendant)

Ronald F. Richards
3 Wilson Avenue, 2
Beverlt, MA 01915-5126

04 10179 NG

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Norman Berman, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Sqare
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE   1-26-04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I hereby accept service on behalf of the defendant Ronald F. Richards

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/1/04
            Date

Signature ~~of Server~~

Bingham McCutchen LLP
150 Federal Street, Boston MA   02110
Address ~~of Server~~

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.